# Order

Michigan Supreme Court
Lansing, Michigan

October 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148444(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD LEE HARTWICK,
      Defendant-Appellant.
_____/

SC: 148444
COA: 312308
Oakland CC: 2012-240981-FH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before October 16, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2014
_____

